UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRIKANTH SREEDHAR,

Plaintiff,

-against-

ROBERT M. FARRELL, CLERK OF COURT, US DISTRICT COURT FOR MA.,

Defendant.

25-CV-1989 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*, under the Court's federal question jurisdiction, against Robert M. Farrell, the Clerk of Court for the United States District Court for the District of Massachusetts in Boston, arising out of litigation in that court. Plaintiff resides in India, but claimed to be a resident of Massachusetts. By order dated March 14, 2025, the Court transferred this action, under 28 U.S.C. § 1406, to the United States District Court for the District of Massachusetts. That court acknowledged receipt on March 31, 2025. In three letters filed in this Court on June 5, 2025, and June 19, 2025, Plaintiff sought to withdraw the case. (ECF 12-14.) The Court denied the motion. (ECF 15.) Plaintiff appealed, and the Second Circuit dismissed the appeal as frivolous. No. 25-1610 (2d Cir. Apr. 6, 2026) (dismissing appeal because it "lack[ed] an arguable basis either in law or in fact.")

Plaintiff has filed another motion, but this matter is closed, and he is not entitled to any relief. Accordingly, the Court denies the motion, and directs the Clerk of Court to terminate it. (ECF 18.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 10, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge